EARL HALTIWANGER, as Receiver of and for the Suwanee River Bank, a corporation, *Plaintiff in Error*, vs. B. W. BULLOCK, *Defendant in Error*.

136 So. 317.

Division A.

Decision filed July 31, 1931.

*J. B. Hodges,* for Plaintiff in Error;

*F. B. Harrell,* for Defendant in Error.

PER CURIAM.—This case is in all respects like that of W. H. Tunnicliffe as Receiver of First American Bank & Trust Company, a banking corporation, vs. H. F. Noyes, decided at this term of the Court and, therefore, the judgment in this case should be affirmed upon authority of the opinion and judgment in that case. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.